```
                                                          FILED
                                                    U.S. DISTRICT COURT

                                                    2016 FEB -5  A 11: 13
IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
              CENTRAL DIVISION              DISTRICT OF UTAH

                                            BY:_____
                                                 DEPUTY CLERK
```

| | |
|---|---|
| HEIDI WODIUK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PUEBLO COUNTY SHERIFF'S DEPARTMENT OFFICER CAITLYN CRAZIANO, in her individual and official capacity,<br><br>Defendant. | **ORDER ADOPTING REPORT & RECOMMENDATION**<br><br><br>Case No. D. Utah No. 2:15-mc-893-DB-EJF<br><br>[RE: D. Colo. Civil Action No: 1:14-cv-02931-WJM-CBS] |

Before the Court is the Report and Recommendation issued by United States Magistrate Evelyn J. Furse on January 12, 2016, recommending that non-party Spillman Technologies Inc.'s Motion to Quash Subpoena be granted. The parties were notified of their right to file objections to the Report and Recommendation by January 27, 2016. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation.

1

Accordingly, the Court hereby:

(1) GRANTS non-party Spillman Technologies, Inc.'s motion [Dkt 2]; and

(2) QUASHES the subpoena faxed to Utah for the above-referenced case pending in the District of Colorado.

IT IS SO ORDERED.

DATED this 4th day of February, 2016.

_____
Dee Benson
United States District Judge